IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHADANA DAVIS                                    :
                                                 :          Civil Action No.
          vs.                                    :
                                                 :
ALLSTATE PROPERTY AND                            :
CASUALTY INSURANCE COMPANY

**NOTICE FOR REMOVAL OF CIVIL ACTION
FROM STATE COURT**

Defendant Allstate Property and Casualty Insurance Company ("Defendant Allstate"),
respectfully petitions for removal to this Court of a state civil action pending in the Court of Common
Pleas of Philadelphia County, Pennsylvania, and in support avers as follows:

1.      A Complaint was filed on March 26, 2018 by Plaintiff Shadana Davis ("Plaintiff")
against Defendant Allstate which is pending in the Court of Common Pleas of Philadelphia County at No.
180302844. A copy of Plaintiff's Complaint is attached as Exhibit "A" and incorporated by reference.

2.      After Defendant Allstate was served with Plaintiff's Complaint on or about March 30,
2018, Defendant Allstate ascertained that the damages being claimed exceed $75,000.00.

3.      Plaintiff's Complaint includes two counts:

- Count One – Breach of Contract which demands judgment for damages in the
  amount in excess of $50,000.00; together with interest and costs.

- Count Two – In Trespass which demands judgment for punitive damages,
  counsel fees and costs, in an amount in excess of $50,000.00; See Exhibit "A".

5.      The state court where this action is pending is located in Philadelphia County,
Pennsylvania, which is embraced within this judicial district.

6.      At the time of the filing of this action, Plaintiff was a resident/domiciliary of
Philadelphia, Pennsylvania and a citizen of Pennsylvania. See Exhibit "A", paragraph 1.

1969315.1/52923

7.      Defendant Allstate is an Illinois corporation with its principal place of business in Northbrook, Illinois and is therefore a citizen of a state other than Pennsylvania.  See Exhibit "A", paragraph 2.

8.      A Praecipe to Join a Necessary Plaintiff, Nationstar Mortgage, LLC was filed by on April 19, 2018 by Defendant, Allstate in the Court of Common Pleas of Philadelphia County.  A copy of the Praecipe to Join is attached as Exhibit "B" and incorporated by reference.

9.      Nationstar Mortgage, LLC Its successors and/or assigns is, upon information and belief, a Texas entity/company with offices located in Springfield, OH.

10.     Plaintiff's Complaint seeks damages of at least $100,000.00.

11.     Consequently, the amount in controversy in this matter is certainly in excess of the sum of $75,000.00, exclusive of interest and costs, such that the amount in controversy and the diversity requirements for federal diversity jurisdiction are satisfied and this court now has jurisdiction over this subject matter under and pursuant to 28 U.S.C. § 1332.

12.     This Notice is filed within thirty (30) days of Defendant Allstate's first indication that the damages could exceed $75,000.00.

**WHEREFORE,** Defendant Allstate Property and Casualty Insurance Company respectfully requests that the statutory requirements, having been met, that the pending state action be moved to this Court.

Respectfully submitted,

By: _____
      Michael P. Maguire, Esquire
      Attorney ID 83028
      Curtin & Heefner LLP
      1040 Stony Hill Road
      Suite 150
      Yardley, PA 19067
Date: April 27, 2018          215-736-2521

## AFFIDAVIT

I, Michael P. Maguire, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, Allstate Property and Casualty Insurance Company, the Petitioner in the foregoing Notice for Removal; that I have been duly authorized by the Petitioner to execute this Affidavit; that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice for Removal are true and correct to the best of my knowledge, information and belief.

_____
Michael P. Maguire, Esquire

# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| | **MARCH 2018** |
| | E-Filing Number: 1803057072    **002844** |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHADANA DAVIS | ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1044 E. SEDGWICK STREET PHILADELPHIA PA 19150 | 2775 SANDERS ROAD NORTHBROOK IL 60062 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint      [ ] Petition Action      [ ] Notice of Appeal<br>[ ] Writ of Summons      [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 10 - CONTRACTS OTHER |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED PRO PROTHY**<br><br>MAR 26 2018<br><br>**K. EDWARDS** | YES    NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>SHADANA DAVIS</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ANTHONY J. DIULIO | 1617 JFK BLVD SUITE 1270 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)568-2900 | (215)568-2901 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 312763 | adiulio@jwheelerlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ANTHONY DIULIO | Monday, March 26, 2018, 11:15 am |

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Anthony DiUlio, Esquire
Attorney I.D. No.: 312763
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
Phone: (215) 568-2900
Email: adiulio@jwheelerlaw.com

MAJOR CASE
JURY TRIAL WAIVED

Filed and Attested by the
Office of Judicial Records
26 MAR 2018 11:15 am
E. EDWARDS

---

SHADANA DAVIS
1044 E Sedgwick St,
Philadelphia, PA, 19150

      vs.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY
2775 Sanders Rd.
Northbrook, IL, 60062

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY


DOCKET NO.


Major Case
Jury Trial Waived

---

## CIVIL ACTION COMPLAINT (1C - Contract)



### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 180302844

MAJOR CASE<br>JURY TRIAL WAIVED

LAW OFFICES OF JONATHAN WHEELER, P.C.
BY:  Anthony DiUlio, Esquire                                   Attorney for Plaintiff(s)
Attorney I.D. No.:  312763
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
Phone: (215) 568-2900
Email: adiulio@jwheelerlaw.com

---

SHADANA DAVIS                                   COURT OF COMMON PLEAS
1044 E Sedgwick St,                             PHILADELPHIA COUNTY
Philadelphia, PA, 19150

          vs.                                   DOCKET NO.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                               Major Case
2775 Sanders Rd.                                Jury Trial Waived
Northbrook, IL, 60062


### CIVIL ACTION COMPLAINT (1C - Contract)

1.      Plaintiff, Shadana Davis, is an adult individual residing at the address set forth

above.

2.      Defendant, Allstate Property and Casualty Insurance Company, is a corporation

duly organized and existing which is authorized to conduct business as an insurance company

within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at

the address set forth above and issues policies of insurance within the City and County of

Philadelphia.

3.      Defendant, in its regular course of business issued to Plaintiff a policy of

insurance ("the Policy") covering Plaintiff's property located at 1044 E Sedgwick StPhiladelphia,

Case ID: 180302844

PA 19150 ("the Property").   A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A".

4.      On or about 5/2/2017, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto and made part hereof and marked Exhibit "B".

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.      Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's Loss, Defendant has not paid to Plaintiff all of the policy

Case ID: 180302844

benefits to which they are entitled under the Policy and has refused to provide funds sufficient to bring Plaintiffs' home to pre-loss condition.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiff's covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered Loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees has engaged in the following conduct:

      a.     by sending correspondence falsely representing that Plaintiff's loss caused by a peril insured against under the Policy was not entitled to benefits due and owing under the Policy;

      b.     in failing to complete a prompt and thorough investigation of Plaintiff's claim before representing that such claim is not covered under the Policy;

      c.     in failing to pay Plaintiff's covered loss in a prompt and timely manner;

      d.     in failing to objectively and fairly evaluate Plaintiff's claim;

Case ID: 180302844

e.     in conducting an unfair and unreasonable investigation of Plaintiff's claim;

f.     in asserting Policy defenses without a reasonable basis in fact;

g.     in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

h.     in failing to keep Plaintiff or their representatives fairly and adequately advised as to the status of the claim;

i.     in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiff or their representatives;

j.     in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiff's claim;

k.     in unreasonably withholding policy benefits;

l.     in acting unreasonably and unfairly in response to Plaintiff's claim;

m.     in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.     For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

Case ID: 180302844

      **WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess

of $50,000.00, together with interest, court costs, counsel fees and damages for delay.

                            LAW OFFICES OF JONATHAN WHEELER, P.C.

                            BY:    */s/ Anthony DiUlio*
                                       ANTHONY DIULIO, ESQUIRE
                                       Attorney for Plaintiff(s)

Date: March 26, 2018

<u>**VERIFICATION**</u>

      I, Anthony DiUlio, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

LAW OFFICES OF JONATHAN WHEELER, P.C.

BY:    */s/ Anthony DiUlio*
         ANTHONY DIULIO, ESQUIRE
         Attorney for Plaintiff(s)

Date:  March 26, 2018

# EXHIBIT "A"

Case ID: 180302844

# Renewal Standard Homeowners Policy Declarations

Your policy effective date is July 4, 2016



## Allstate.
You're in good hands.

## Total Premium for the Premium Period (Your bill will be mailed separately)

| Premium for property insured | $1,906.91 |
|---|---|
| **Total** | **$1,906.91** |

*If you do not pay in full, you will be charged an installment fee(s). Refer to your bill for installment fee information.*

## Discount (included in your total premium)

| Protective Device | 4% |
|---|---|

## Location of property insured

1044 E Sedgwick St, Philadelphia, PA 19150-3021

## Rating Information*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X67831-1) for additional coverage information. Contact us if you have any changes.

The dwelling is of brick construction and is occupied by 1 family

Your dwelling is 2 miles to the fire department
Roof type consists of Rolled Roofing/Single Ply

**Dwelling Style:**
Built in 1950; 1 family; 1134 sq. ft.; end row house - 1 story

**Foundation:**
100% Basement (100% finished)

**Attached structure:**
Open porch, 100 sq. ft.

**Interior details:**
One basic kitchen                    Three basic full baths

**Exterior wall type:**
100% solid brick

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Gas heating, 100%

**Additional details:**

Information as of May 19, 2016

## Summary

Named insured(s)
**Shadana Davis**

Mailing address
**1044 E Sedgwick St
Philadelphia PA 19150-3021**

Policy number
928 027 739

Your policy provided by
**Allstate Property and Casualty
Insurance Company**

Policy period
Begins on **July 4, 2016** at 12:01 A.M. standard time, with no fixed date of expiration

Premium period
Beginning **July 4, 2016** through **July 4, 2017** at 12:01 A.M. standard time

Your Allstate agency is
**The Holmes Agency**
536 N Trooper Rd 2
East Norriton PA 19403
(484) 831-5244
LeeHolmesJr@allstate.com

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

*(continued)*

Renewal Standard Homeowners Policy Declarations
Policy number:      928 027 739
Policy effective date:   July 4, 2016
Your Allstate agency is   The Holmes Agency
(484) 831-5244

Page 2 of 4

## Rating information* (continued)

Interior wall height - less than 10 ft,
100%

**Fire protection details:**
Fire department subscription - no       250 ft, to fire hydrant
2 miles to fire department

**Roof surface material type:**
Composition
▪ 100% single ply rolled roofing

*This is a partial list of property details. If the interior of your property includes custom
construction, finishes, buildup, specialties or systems, please contact your Allstate
representative for a complete description of additional property details.

## Mortgagee

NATIONSTAR MORTGAGE LLC ITS SUCCESSORS &/OR ASSIGNS
P O Box 7729, Springfield, OH 45501-7729
Loan number: 0602061723

## Additional Interested Party

None

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection - without Building Structure Reimbursement Extended Limits | $257,816 | ▪ $500 All peril |
| Other Structures Protection | $25,782 | ▪ $500 All peril |
| Personal Property Protection - Reimbursement Provision | $154,690 | ▪ $500 All peril |
| Additional Living Expense | Up to 12 months not to exceed $25,782 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $2,500 each person | |
| Building Codes | Not purchased* | |
| Business Pursuits | Not purchased* | |
| Electronic Data Processing Equipment | Not purchased* | |
| Extended Coverage on Cameras | Not purchased* | |

(continued)

Case ID: 180302844

Renewal Standard Homeowners Policy Declarations
Policy number: 928 027 739
Policy effective date: July 4, 2016
Your Allstate agency is The Holmes Agency
(484) 831-5244



**Allstate.**
You're in good hands.

Page **3** of 4

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Extended Coverage on Jewelry, Watches and Furs | Not purchased* | |
| Extended Coverage on Musical Instruments | Not purchased* | |
| Extended Coverage on Sports Equipment | Not purchased* | |
| Fire Department Charges | Not purchased* | |
| Home Day Care | Not purchased* | |
| Identity Theft Expenses | $25,000 per premium period | |
| Incidental Office, Private School Or Studio | Not purchased* | |
| Increased Coverage on Money | Not purchased* | |
| Increased Coverage on Securities | Not purchased* | |
| Increased Silverware Theft Limit | Not purchased* | |
| Loss Assessments | Not purchased* | |
| Satellite Dish Antennas | Not purchased* | |

*This coverage can provide you with valuable protection. To help you stay current with
your insurance needs, contact your agent to discuss available coverage options and
other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To
help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and
services that can help protect you.*

## Your policy documents

Your Homeowners policy consists of the Policy Declarations and the following documents. Please keep them together.

• Standard Homeowners Policy – APC516

• Identity Theft Expenses-Coverage IT– AP3311

• Pennsylvania Oil Storage Tank(s) Buy-Back Endorsement – AP288-1

• Pennsylvania Standard Homeowners Policy And Standard Select Homeowners Policy Amendatory Endorsement – AP4795

• Limited Water Damage Endorsement – AP1147

PA0708BD



Case ID: 180302844

Renewal Standard Homeowners Policy Declarations                                    Page 4 of 4
Policy number:            928 027 739
Policy effective date:    July 4, 2016
Your Allstate agency is   The Holmes Agency
                          (484) 831-5244

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Coverage A – Dwelling Protection Limit includes an approximate increase of $2,947 due to the Property Insurance
  Adjustment provision.  Coverage B – Other Structures Protection and Coverage C - Personal Property Protection adjusted
  accordingly.

▶ Do not pay.  Mortgagee has been billed.

Allstate Property and Casualty Insurance Company's Secretary and President have signed this policy with legal authority at
Northbrook, Illinois.

Steven P. Sorenson
President

Susan L. Lees
Secretary

Case ID: 180302844

# EXHIBIT "B"

Case ID: 180302844



## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

Insured:    Shadana Davis
Property:   1044 E. Sedgwick Ave
            Philadelphia, PA 19050

Estimator:  Dave Burno

Claim Number:                Policy Number:              Type of Loss: Vehicle

Date of Loss:  7/22/2017     Date Received:  10/12/2017
Date Inspected:              Date Entered:   10/12/2017

Price List:   PAPH8X_OCT17
              Restoration/Service/Remodel
Estimate:     DAVISSHADANA

# David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

**DAVISSHADANA**
**Main Level**

**Right Rear Bedroom**                                                                                             Height: 8'

**Subroom:  Closet (1)**                                                                                             Height: 8'

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1.  Bifold door set - (4 slabs only) - Double Detach & reset | 1.00 | EA @ | 33.61 | = | 33.61 |
| 2.  Interior door - Detach & reset - slab only | 1.00 | EA @ | 16.93 | = | 16.93 |
| 3.  R&R 110 volt copper wiring run and box - rough in only | 1.00 | EA @ | 54.47 | = | 54.47 |
| 4.  Batt insulation - 10" - R30 - paper faced | 108.55 | SF @ | 1.44 | = | 156.31 |
| 5.  1/2" drywall - hung, taped, floated, ready for paint | 220.55 | SF @ | 1.67 | = | 368.32 |
| 6.  Window trim set (casing & stop) - stain grade | 12.00 | LF @ | 4.21 | = | 50.52 |
| 7.  Baseboard - 3 1/4" | 14.00 | LF @ | 2.61 | = | 36.54 |
| 8.  Mask and prep for paint - plastic, paper, tape (per LF) | 56.12 | LF @ | 1.07 | = | 60.05 |
| 9.  Seal/prime then paint the walls and ceiling twice (3 coats) | 557.47 | SF @ | 1.02 | = | 568.62 |
| 10.  Seal & paint baseboard - three coats | 56.12 | LF @ | 1.65 | = | 92.60 |
| 11.  Stain & finish door/window trim & jamb (per side) | 3.00 | EA @ | 31.45 | = | 94.35 |
| 12.  Pre-finished solid wood flooring | 108.55 | SF @ | 8.37 | = | 908.56 |
| 13.  Quarter round - for wood flooring | 56.12 | LF @ | 3.61 | = | 202.59 |
| 14.  Seal & paint base shoe or quarter round | 56.12 | LF @ | 0.63 | = | 35.36 |
| 15.  R&R Heat/AC register - Mechanically attached | 1.00 | EA @ | 23.29 | = | 23.29 |
| 16.  Ceiling fan & light | 1.00 | EA @ | 321.04 | = | 321.04 |

**Left Rear Bedroom**                                                                                              Height: 8'

**Subroom:  Closet (1)**                                                                                             Height: 8'

**Missing Wall**                                      4' 11" X 8'                          Opens into LEFT_REAR_BE

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 17.  Interior door - Detach & reset - slab only | 1.00 | EA @ | 16.93 | = | 16.93 |
| 18.  R&R 110 volt copper wiring run and box - rough in only | 1.00 | EA @ | 54.47 | = | 54.47 |
| 19.  Batt insulation - 10" - R30 - paper faced | 138.97 | SF @ | 1.44 | = | 200.12 |
| 20.  1/2" drywall - hung, taped, floated, ready for paint | 424.31 | SF @ | 1.67 | = | 708.60 |
| 21.  Window trim set (casing & stop) - stain grade | 12.00 | LF @ | 4.21 | = | 50.52 |
| 22.  Baseboard - 3 1/4" | 49.55 | LF @ | 2.61 | = | 129.33 |
| 23.  Mask and prep for paint - plastic, paper, tape (per LF) | 49.55 | LF @ | 1.07 | = | 53.02 |
| 24.  Seal/prime then paint the walls and ceiling twice (3 coats) | 535.39 | SF @ | 1.02 | = | 546.10 |
| 25.  Seal & paint baseboard - three coats | 49.55 | LF @ | 1.65 | = | 81.76 |
| 26.  Stain & finish door/window trim & jamb (per side) | 3.00 | EA @ | 31.45 | = | 94.35 |
| 27.  Pre-finished solid wood flooring | 138.97 | SF @ | 8.37 | = | 1,163.18 |
| 28.  Quarter round - for wood flooring | 49.55 | LF @ | 3.61 | = | 178.88 |
| 29.  Seal & paint base shoe or quarter round | 49.55 | LF @ | 0.63 | = | 31.22 |

DAVISSHADANA                                                      10/31/2017          Page: 2

Case ID: 180302844

**David Burno Public Adjuster LLC**

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

**CONTINUED - Left Rear Bedroom**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 30.  R&R Heat/AC register - Mechanically attached | 1.00  EA @ | 23.29 = | 23.29 |
| 31.  Ceiling fan & light | 1.00  EA @ | 321.04 = | 321.04 |

**Hallway**                                                                   Height: 8'

**Missing Wall**                   3' X 8'                 Opens into DINING_ROOM

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 32.  Contents - move out then reset - Small room | 1.00  EA @ | 38.43 = | 38.43 |
| 33.  Baseboard - 3 1/4" stain grade | 4.00  LF @ | 3.26 = | 13.04 |
| 34.  Quarter round - for wood flooring | 4.00  LF @ | 3.61 = | 14.44 |
| 35.  Stain & finish baseboard | 4.00  LF @ | 1.19 = | 4.76 |
| 36.  Stain & finish base shoe or quarter round | 4.00  LF @ | 0.98 = | 3.92 |
| 37.  Mask and prep for paint - plastic, paper, tape (per LF) | 50.41  LF @ | 1.07 = | 53.94 |
| 38.  Seal/prime then paint the walls (2 coats) | 403.29  SF @ | 0.74 = | 298.43 |

**Kitchen**                                                                   Height: 8'

**Missing Wall - Goes to Floor**         6' X 6' 8"         Opens into DINING_ROOM

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 39.  Mask and prep for paint - plastic, paper, tape (per LF) | 46.50  LF @ | 1.07 = | 49.76 |
| 40.  Refrigerator - Remove & reset | 1.00  EA @ | 37.04 = | 37.04 |
| 41.  Range - gas - Remove & reset | 1.00  EA @ | 144.05 = | 144.05 |
| 42.  Seal/prime then paint the walls (2 coats) | 332.02  SF @ | 0.74 = | 245.69 |

**Dining Room**                                                               Height: 8'

| **Missing Wall** | 3' X 8' | Opens into HALLWAY |
|---|---|---|
| **Missing Wall** | 8' 7" X 8' | Opens into LIVING_ROOM |
| **Missing Wall - Goes to Floor** | 6' X 6' 8" | Opens into KITCHEN |

Case ID: 180302844

## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 43. Contents - move out then reset | 1.00 EA @ | 51.19 = | 51.19 |
| 44. Mask and prep for paint - plastic, paper, tape (per LF) | 28.58 LF @ | 1.07 = | 30.58 |
| 45. Seal/prime then paint the walls (2 coats) | 188.67 SF @ | 0.74 = | 139.62 |

**Living Room**      Height: 8'

Missing Wall    8' 7" X 8'      Opens into DINING_ROOM

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 46. Contents - move out then reset - Large room | 1.00 EA @ | 76.79 = | 76.79 |
| 47. Mask and prep for paint - plastic, paper, tape (per LF) | 57.92 LF @ | 1.07 = | 61.97 |
| 48. Seal/prime then paint the walls (2 coats) | 463.35 SF @ | 0.74 = | 342.88 |

### Lower Level

**Lower Level**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 49. R&R Breaker panel - 150 amp w/arc fault breakers | 1.00 EA @ | 1,831.61 = | 1,831.61 |
| 50. R&R Meter mast weatherhead for overhead power - 2" | 1.00 EA @ | 376.11 = | 376.11 |
| 51. R&R Meter base and main disconnect 150 - 200 amp | 1.00 EA @ | 549.41 = | 549.41 |
| 52. R&R Trunk cable - aluminum - 4 wire 2/0 | 30.00 LF @ | 11.09 = | 332.70 |
| 53. Megohmmeter check electrical circuits - average residence | 1.00 EA @ | 824.88 = | 824.88 |
| 54. Clean ductwork | 1.00 EA @ | 525.00 = | 525.00 |
| 55. Furnace - heavy clean, replace filters and service - w/ AC | 1.00 EA @ | 332.08 = | 332.08 |

**Bedroom**      Height: 7'

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 56. Interior door - Detach & reset - slab only | 2.00 EA @ | 16.93 = | 33.86 |
| 57. R&R Recessed light fixture | 6.00 EA @ | 129.84 = | 779.04 |
| 58. 1/2" drywall - hung, taped, floated, ready for paint | 329.75 SF @ | 1.67 = | 550.68 |
| 59. Casing - 2 1/4" stain grade | 34.00 LF @ | 2.25 = | 76.50 |
| 60. Baseboard - 3 1/4" stain grade | 58.76 LF @ | 3.26 = | 191.56 |
| 61. Mask and prep for paint - plastic, paper, tape (per LF) | 58.76 LF @ | 1.07 = | 62.87 |
| 62. Seal/prime then paint the walls and ceiling twice (3 coats) | 606.32 SF @ | 1.02 = | 618.45 |
| 63. Stain & finish baseboard | 58.76 LF @ | 1.19 = | 69.92 |

DAVISSHADANA       10/31/2017     Page: 4

## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 64. Stain & finish door/window trim & jamb (per side) | 2.00 EA @ | 31.45 = | 62.90 |
| 65. Vapor barrier - visqueen - 6mil | 195.00 SF @ | 0.27 = | 52.65 |
| 66. Laminate - simulated wood flooring | 195.00 SF @ | 5.64 = | 1,099.80 |
| 67. Quarter round - for wood flooring | 58.76 LF @ | 3.61 = | 212.12 |

**Hallway**                                                                          Height: 7'

**Subroom: Recreation Room (1)**                                          Height: 7'

**Missing Wall**          9' 6" X 7'          Opens into HALLWAY

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 68. Contents - move out then reset - Extra large room | 1.00 EA @ | 153.59 = | 153.59 |
| 69. Bifold door set - (4 slabs only) - Double Detach & reset | 3.00 EA @ | 33.61 = | 100.83 |
| 70. Interior door - Detach & reset - slab only | 1.00 EA @ | 16.93 = | 16.93 |
| 71. R&R Recessed light fixture | 1.00 EA @ | 129.84 = | 129.84 |
| 72. 1/2" drywall - hung, taped, floated, ready for paint | 25.97 SF @ | 1.67 = | 43.37 |
| 73. Texture drywall - smooth / skim coat | 21.83 SF @ | 0.89 = | 19.43 |
| 74. Mask and prep for paint - plastic, paper, tape (per LF) | 91.76 LF @ | 1.07 = | 98.18 |
| 75. Seal/prime then paint the walls and ceiling twice (3 coats) | 826.54 SF @ | 1.02 = | 843.07 |
| 76. Stain & finish baseboard | 91.76 LF @ | 1.19 = | 109.19 |
| 77. Remove Vapor barrier - visqueen - 6mil | 145.50 SF @ | 0.08 = | 11.64 |
| 78. Stain & finish door/window trim & jamb (per side) | 3.00 EA @ | 31.45 = | 94.35 |
| 79. Stain & finish door/window trim & jamb - Large (per side) | 3.00 EA @ | 36.68 = | 110.04 |
| 80. Laminate - simulated wood flooring | 145.50 SF @ | 5.64 = | 820.62 |
| 81. Vapor barrier - visqueen - 6mil | 184.22 SF @ | 0.27 = | 49.74 |
| 82. Laminate - simulated wood flooring | 184.22 SF @ | 5.64 = | 1,039.00 |
| 83. Quarter round - for wood flooring | 91.76 LF @ | 3.61 = | 331.25 |

**Roof**

**Roof Flat**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 84. R&R Drip edge | 25.00 LF @ | 2.34 = | 58.50 |

DAVISSHADANA                                        10/31/2017          Page: 5

## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

**CONTINUED - Roof Flat**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 85. Remove Modified bitumen roof | 0.75 SQ @ | 46.08 = | 34.56 |
| 86. R&R Bitumen roof - Add. glass felt layer - cold adhesive appl. | 0.75 SQ @ | 88.10 = | 66.08 |
| 87. Modified bitumen roof | 1.00 SQ @ | 311.46 = | 311.46 |
| 88. Aluminum coating - with fiber | 954.76 SF @ | 0.67 = | 639.69 |

**Left Shingled**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 89. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 3.35 SQ @ | 52.37 = | 175.44 |
| 90. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 3.35 SQ @ | 11.76 = | 39.40 |
| 91. Material Only Sheathing - spaced 1" x 6" | 10.00 SF @ | 1.58 = | 15.80 |
| 92. Roofer - per hour - replace damage sheathing | 1.00 HR @ | 125.02 = | 125.02 |
| 93. R&R Drip edge | 187.63 LF @ | 2.34 = | 439.06 |
| 94. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 4.00 SQ @ | 221.21 = | 884.84 |
| 95. Additional charge for steep roof - 7/12 to 9/12 slope | 4.00 SQ @ | 40.80 = | 163.20 |
| 96. Single axle dump truck - per load - including dump fees | 1.00 EA @ | 320.78 = | 320.78 |

**General**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 97. Haul debris - per pickup truck load - including dump fees | 3.00 EA @ | 146.78 = | 440.34 |
| 98. General Laborer - per hour - load debris, materials and site maintenance | 16.00 HR @ | 37.53 = | 600.48 |
| 99. General clean - up - post construction cleaning | 16.00 HR @ | 32.47 = | 519.52 |
| 100. Inspections, permits & fees | 1.00 EA @ | 750.00 = | 750.00 |

Case ID: 180302844

**David Burno Public Adjuster LLC**

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

**Grand Total Areas:**

| | | |
|---|---|---|
| 3,286.30 SF Walls | 1,191.15 SF Ceiling | 4,477.45 SF Walls and Ceiling |
| 1,191.15 SF Floor | 132.35 SY Flooring | 427.60 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 439.60 LF Ceil. Perimeter |
| | | |
| 1,191.15 Floor Area | 1,312.19 Total Area | 3,286.30 Interior Wall Area |
| 2,557.73 Exterior Wall Area | 283.26 Exterior Perimeter of Walls | |
| | | |
| 1,289.71 Surface Area | 12.90 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

Case ID: 180302844

**David Burno Public Adjuster LLC**

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 26,419.88 |
| Overhead | 2,642.00 |
| Profit | 2,906.26 |
| Cleaning Total Tax | 2,557.49 |
| **Replacement Cost Value** | **$34,525.63** |
| **Net Claim** | **$34,525.63** |

Dave Burno

DAVISSHADANA                                    10/31/2017        Page: 8

Case ID: 180302844

## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

## Recap by Room

**Estimate: DAVISSHADANA**

| Area: Main Level | | |
|---|---:|---:|
| Right Rear Bedroom | 3,023.16 | 11.44% |
| Left Rear Bedroom | 3,652.81 | 13.83% |
| Hallway | 426.96 | 1.62% |
| Kitchen | 476.54 | 1.80% |
| Dining Room | 221.39 | 0.84% |
| Living Room | 481.64 | 1.82% |
| Area Subtotal:  Main Level | 8,282.50 | 31.35% |
| Area: Lower Level | 4,771.79 | 18.06% |
| Bedroom | 3,810.35 | 14.42% |
| Hallway | 3,971.07 | 15.03% |
| Area Subtotal:  Lower Level | 12,553.21 | 47.51% |
| Area: Roof | | |
| Roof Flat | 1,110.29 | 4.20% |
| Left Shingled | 2,163.54 | 8.19% |
| Area Subtotal:  Roof | 3,273.83 | 12.39% |
| General | 2,310.34 | 8.74% |
| Subtotal of Areas | 26,419.88 | 100.00% |
| Total | 26,419.88 | 100.00% |

Case ID: 180302844

## David Burno Public Adjuster LLC

600 W. Germantown Pike
Suite 400
Plymouth Meeting, PA 19428

### Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 181.09 | 0.52% |
| CLEANING | 1,044.52 | 3.03% |
| CONTENT MANIPULATION | 320.00 | 0.93% |
| GENERAL DEMOLITION | 1,453.73 | 4.21% |
| DOORS | 219.09 | 0.63% |
| DRYWALL | 1,690.40 | 4.90% |
| ELECTRICAL | 3,726.85 | 10.79% |
| FLOOR COVERING - WOOD | 6,072.83 | 17.59% |
| PERMITS AND FEES | 750.00 | 2.17% |
| FINISH CARPENTRY / TRIMWORK | 548.01 | 1.59% |
| HEAT, VENT & AIR CONDITIONING | 374.46 | 1.08% |
| INSULATION | 356.43 | 1.03% |
| LABOR ONLY | 600.48 | 1.74% |
| LIGHT FIXTURES | 1,485.37 | 4.30% |
| PAINTING | 4,957.95 | 14.36% |
| ROOFING | 2,638.67 | 7.64% |
| O&P Items Subtotal | 26,419.88 | 76.52% |
| Overhead | 2,642.00 | 7.65% |
| Profit | 2,906.26 | 8.42% |
| Cleaning Total Tax | 2,557.49 | 7.41% |
| Total | 34,525.63 | 100.00% |

Case ID: 180302844



**CPR Restoration & Cleaning Services, LLC**

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

|  |  |
|---|---|
| Client: | Davis, Shadana |
| Property: | 1044 E. Sedgwick Street |
|  | Philadelphia, PA 19150 |

Operator:       SMULLE1

| | | | |
|---|---|---|---|
| Estimator: | John Fickenscher | Business: | (215) 333-5117 |
| Position: | Estimator | | |
| Company: | CPR Restoration & Cleaning Services, LLC | | |
| Business: | 8421 Hegerman Street | | |
| | Philadelphia, PA 19136 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Water Damage | | |
| Date Entered: | 5/8/2017 | Date Assigned: | |

| | |
|---|---|
| Price List: | PAPH8X_MAY17 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 17-0287 |

Enclosed is an estimate for mitigation services at the above noted address. Please review this information and feel free to contact our Account Management Team at 888-277-5117 with any questions on this estimate.

Agreed services are performed based on the signed work authorization from the policy holder, authorizing the insurance company to issue direct payment to CPR Restoration for any services provided. A copy of this authorization will be forwarded under separate cover.

Payment for our services should be sent to:
CPR Restoration & Cleaning Services, LLC
8421 Hegerman St
Philadelphia, PA 19136

We appreciate your consideration of the attached, and are available at any time for questions or to schedule this or any other services.

Regards,

CPR Restoration Estimating Team

Case ID: 180302844

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

17-0287



| Bedroom 1 | | LxWxH 12' 7" x 10' x 8' |
|---|---|---|
| 361.33 SF Walls | | 125.83 SF Ceiling |
| 487.17 SF Walls & Ceiling | | 125.83 SF Floor |
| 13.98 SY Flooring | | 45.17 LF Floor Perimeter |
| 100.67 SF Long Wall | | 80.00 SF Short Wall |
| 45.17 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Water extract from carpeted floor - Cat 3 wtr- aft bus hrs | 125.83 SF | 0.00 | 1.64 | 16.51 | 222.87 |
| 2. Tear out wet non-salv. cpt, cut/bag- Cat 3 wtr-aft bus. hrs | 125.83 SF | 0.90 | 0.00 | 9.06 | 122.31 |
| 3. Tear out wet carpet pad, cut/bag - Cat 3 wtr - aft.bus.hrs | 125.83 SF | 0.86 | 0.00 | 8.66 | 116.87 |
| 4. Tear out tackless strip and bag for disp - Cat 3 - aft hrs | 45.17 LF | 1.28 | 0.00 | 4.63 | 62.45 |
| 5. Remove Ceiling fan without light | 1.00 EA | 15.78 | 0.00 | 1.26 | 17.04 |
| 6. Tear out wet drywall, cleanup, bag - Cat 3 - after hours | 333.83 SF | 1.45 | 0.00 | 38.72 | 522.77 |
| 7. Tear out baseboard and bag for disp. - up to Cat 3 aft hrs | 32.00 LF | 0.97 | 0.00 | 2.48 | 33.52 |
| 8. Tear out trim and bag for disposal - up to Cat 3 - aft hrs | 42.00 LF | 0.97 | 0.00 | 3.26 | 44.00 |
| 9. Tear out and bag wet insulation - after hours | 120.00 SF | 0.86 | 0.00 | 8.26 | 111.46 |
| 10. Remove Rigid foam insulation board - 1" | 184.00 SF | 0.25 | 0.00 | 3.68 | 49.68 |
| 11. HEPA Vacuuming - Detailed - (PER SF) | 125.83 SF | 0.00 | 0.50 | 5.03 | 67.95 |
| 12. Protect contents - Cover with plastic | 100.00 SF | 0.00 | 0.38 | 3.04 | 41.04 |
| 13. Content Manipulation charge - per hour - after hours | 5.00 HR | 0.00 | 52.59 | 21.04 | 283.99 |
| 14. Apply anti-microbial agent to more than the ceiling - after hours | 333.83 SF | 0.00 | 0.29 | 7.74 | 104.55 |
| 15. Cleaning - Remediation Technician - per hour | 1.00 HR | 0.00 | 43.05 | 3.44 | 46.49 |
| *Post demo cleanup | | | | | |

| Totals: Bedroom 1 | | | | 136.81 | 1,846.99 |
|---|---|---|---|---|---|

Case ID: 180302844

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705



| Bedroom 2 | | LxWxH 9' 2" x 8' 11" x 8' |
|---|---|---|
| 289.33 SF Walls | | 81.74 SF Ceiling |
| 371.07 SF Walls & Ceiling | | 81.74 SF Floor |
| 9.08 SY Flooring | | 36.17 LF Floor Perimeter |
| 73.33 SF Long Wall | | 71.33 SF Short Wall |
| 36.17 LF Ceil. Perimeter | | |



| Subroom 1: Offset | | LxWxH 5' 1" x 3' 6" x 8' |
|---|---|---|
| 137.33 SF Walls | | 17.79 SF Ceiling |
| 155.13 SF Walls & Ceiling | | 17.79 SF Floor |
| 1.98 SY Flooring | | 17.17 LF Floor Perimeter |
| 40.67 SF Long Wall | | 28.00 SF Short Wall |
| 17.17 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 16.  Water extract from carpeted floor - Cat 3 wtr- aft bus hrs | 99.53 SF | 0.00 | 1.64 | 13.06 | 176.29 |
| 17.  Tear out wet non-salv. cpt, cut/bag- Cat 3 wtr-aft bus. hrs | 99.53 SF | 0.90 | 0.00 | 7.17 | 96.75 |
| 18.  Tear out wet carpet pad, cut/bag - Cat 3 wtr - aft.bus.hrs | 99.53 SF | 0.86 | 0.00 | 6.85 | 92.45 |
| 19.  Tear out tackless strip and bag for disp - Cat 3 - aft hrs | 53.33 LF | 1.28 | 0.00 | 5.46 | 73.72 |
| 20.  Remove Ceiling fan without light | 1.00 EA | 15.78 | 0.00 | 1.26 | 17.04 |
| 21.  Tear out wet drywall, cleanup, bag - Cat 3 - after hours | 283.53 SF | 1.45 | 0.00 | 32.89 | 444.01 |
| 22.  Tear out baseboard and bag for disp. - up to Cat 3 aft hrs | 25.00 LF | 0.97 | 0.00 | 1.94 | 26.19 |
| 23.  Tear out trim and bag for disposal - up to Cat 3 aft hrs | 20.00 LF | 0.97 | 0.00 | 1.55 | 20.95 |
| 24.  Tear out and bag wet insulation - after hours | 99.53 SF | 0.86 | 0.00 | 6.85 | 92.45 |
| 25.  Remove Rigid foam insulation board - 1" | 72.00 SF | 0.25 | 0.00 | 1.44 | 19.44 |
| 26.  HEPA Vacuuming - Detailed - (PER SF) | 99.53 SF | 0.00 | 0.50 | 3.98 | 53.75 |
| 27.  Protect contents - Cover with plastic | 60.00 SF | 0.00 | 0.38 | 1.82 | 24.62 |
| 28.  Content Manipulation charge - per hour - after hours | 5.00 HR | 0.00 | 52.59 | 21.04 | 283.99 |
| 29.  Apply anti-microbial agent to more than the ceiling - after hours | 283.53 SF | 0.00 | 0.29 | 6.58 | 88.80 |

17-0287

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

### CONTINUED - Bedroom 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 30. Cleaning - Remediation Technician - per hour | 1.00 HR | 0.00 | 43.05 | 3.44 | 46.49 |
| *Post demo cleanup | | | | | |

| Totals: Bedroom 2 | | | | 115.33 | 1,556.94 |
|---|---|---|---|---|---|



**Hallway**                                                     LxWxH 32' 1" x 3' x 8'

561.33 SF Walls                     96.25 SF Ceiling
657.58 SF Walls & Ceiling           96.25 SF Floor
10.69 SY Flooring                   70.17 LF Floor Perimeter
256.67 SF Long Wall                 24.00 SF Short Wall
70.17 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 31. Tear out baseboard and bag for disp. - up to Cat 3 aft hrs | 3.00 LF | 0.97 | 0.00 | 0.23 | 3.14 |
| 32. Protect - Cover with plastic - after hours | 132.00 SF | 0.00 | 0.31 | 3.27 | 44.19 |

| Totals: Hallway | | | | 3.50 | 47.33 |
|---|---|---|---|---|---|



**Basement**                                                   LxWxH 19' 2" x 10' 2" x 7' 2"

420.44 SF Walls                     194.86 SF Ceiling
615.31 SF Walls & Ceiling           194.86 SF Floor
21.65 SY Flooring                   58.67 LF Floor Perimeter
137.36 SF Long Wall                 72.86 SF Short Wall
58.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 33. Water extract from hard surf flr - Cat 3 wtr - aft bus hrs | 194.86 SF | 0.00 | 1.08 | 16.84 | 227.29 |
| 34. Tear out wet drywall, cleanup, bag - Cat 3 - after hours | 341.86 SF | 1.45 | 0.00 | 39.66 | 535.36 |
| 35. Tear out baseboard and bag for disp. - up to Cat 3 aft hrs | 16.00 LF | 0.97 | 0.00 | 1.24 | 16.76 |
| 36. HEPA Vacuuming - Detailed - (PER SF) | 194.86 SF | 0.00 | 0.50 | 7.79 | 105.22 |

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

### CONTINUED - Basement

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 37. Protect contents - Cover with plastic | 120.00 SF | 0.00 | 0.38 | 3.65 | 49.25 |
| 38. Content Manipulation charge - per hour - after hours | 5.00 HR | 0.00 | 52.59 | 21.04 | 283.99 |
| 39. Apply anti-microbial agent to the ceiling - after hours | 194.86 SF | 0.00 | 0.29 | 4.52 | 61.03 |
| 40. Cleaning - Remediation Technician - per hour | 1.00 HR | 0.00 | 43.05 | 3.44 | 46.49 |
| *Post demo cleanup | | | | | |

Totals: Basement                                                98.18     1,325.39



**Basement Hallway**                               LxWxH 20' x 2' 10" x 7' 1"

| | |
|---|---|
| 323.47 SF Walls | 56.67 SF Ceiling |
| 380.14 SF Walls & Ceiling | 56.67 SF Floor |
| 6.30 SY Flooring | 45.67 LF Floor Perimeter |
| 141.67 SF Long Wall | 20.07 SF Short Wall |
| 45.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 41. Tear out non-salv floating floor & bag- Cat 3 wtr-aft hrs | 42.00 SF | 2.91 | 0.00 | 9.78 | 132.00 |
| 42. Tear out baseboard and bag for disp. - up to Cat 3 aft hrs | 23.00 LF | 0.97 | 0.00 | 1.78 | 24.09 |
| 43. HBPA Vacuuming - Detailed - (PER SF) | 56.67 SF | 0.00 | 0.50 | 2.27 | 30.61 |
| 44. Content Manipulation charge - per hour - after hours | 1.00 HR | 0.00 | 52.59 | 4.21 | 56.80 |
| 45. Apply anti-microbial agent to the ceiling - after hours | 56.67 SF | 0.00 | 0.29 | 1.31 | 17.74 |
| 46. Cleaning - Remediation Technician - per hour | 1.00 HR | 0.00 | 43.05 | 3.44 | 46.49 |
| *Post demo cleanup | | | | | |

Totals: Basement Hallway                                    22.79     307.73

**Equipment**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|

17-0287                                                     5/8/2017     Page: 5

Case ID: 180302844

**CPR Restoration & Cleaning Services, LLC**

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

### CONTINUED - Equipment

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 47.  Equipment setup, take down, and monitoring (hourly charge) | 14.00 HR | 0.00 | 43.05 | 48.22 | 650.92 |
| *Cost reflects one hour of equipment manipulation per piece of equipment used for standard 3 day dry process | | | | | |
| 48.  Axial fan air mover - (per 24 hr period)-No monit. | 30.00 EA | 0.00 | 34.95 | 83.88 | 1,132.38 |
| *Quantity reflects 10 air movers for 3 days | | | | | |
| 49.  Dehumidifier (per 24 hour period) - No monitoring | 12.00 EA | 0.00 | 101.25 | 97.20 | 1,312.20 |
| *Quantity reflects 4 dehumidifiers for 3 days | | | | | |
| 50.  Equipment decontamination charge - per piece of equipment | 14.00 EA | 0.00 | 30.86 | 34.56 | 466.60 |
| *Equipment cleaning and restocking | | | | | |
| Totals:  Equipment | | | | 263.86 | 3,562.10 |

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 51.  Emergency service call - after business hours | 1.00 EA | 0.00 | 194.00 | 15.52 | 209.52 |
| 52.  Cleaning & Remediation - Supervisory - per hr | 6.67 HR | 0.00 | 48.50 | 25.88 | 349.38 |
| 53.  Water Extraction & Remediation Technician - per hour | 11.67 HR | 0.00 | 43.05 | 40.19 | 542.58 |
| *Scope reflects carrying all bagged debris to curbside or dumpster | | | | | |
| 54.  Single axle dump truck - per load - including dump fees | 1.00 EA | 650.00 | 0.00 | 52.00 | 702.00 |
| *Includes separate trip for debris pick up/debris disposal | | | | | |
| 55.  Plastic bag - used for disposal of contaminated items | 140.00 EA | 0.00 | 3.54 | 39.65 | 535.25 |
| 56.  Add for personal protective equipment (hazardous cleanup) | 5.00 EA | 0.00 | 45.00 | 18.00 | 243.00 |
| 57.  Provide box, packing paper & tape - large size | 10.00 EA | 0.00 | 4.42 | 3.54 | 47.74 |
| *Used to box up content items | | | | | |
| 58.  Bubble Wrap - Add-on cost for fragile items | 200.00 LF | 0.00 | 0.19 | 3.04 | 41.04 |
| *Used to box up content items | | | | | |
| 59.  Content Manipulation charge - per hour | 5.00 HR | 0.00 | 35.03 | 14.01 | 189.16 |

17-0287                                                                5/8/2017          Page: 6

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

### CONTINUED - General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| *Line item reflects the time to pack the boxes | | | | | |
| Totals: General | | | | 211.83 | 2,859.67 |
| Line Item Totals: 17-0287 | | | | 852.30 | 11,506.15 |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,093.25 | SF Walls | 573.14 | SF Ceiling | 2,666.39 | SF Walls and Ceiling |
| 573.14 | SF Floor | 63.68 | SY Flooring | 273.00 | LF Floor Perimeter |
| 750.36 | SF Long Wall | 296.26 | SF Short Wall | 273.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Case ID: 180302844

**CPR Restoration & Cleaning Services, LLC**

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

## Summary

| | |
|---|---:|
| Line Item Total | 10,653.85 |
| Sales Tax | 852.30 |
| **Replacement Cost Value** | **$11,506.15** |
| **Net Claim** | **$11,506.15** |

John Fickenscher
Estimator

Case ID: 180302844

## CPR Restoration & Cleaning Services, LLC

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

### Recap of Taxes

| | Sales Tax (8%) |
|---|---|
| Line Items | 852.30 |
| Total | 852.30 |

17-0287                                                                    5/8/2017          Page: 9

Case ID: 180302844

**CPR Restoration & Cleaning Services, LLC**

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

## Recap by Room

Estimate: 17-0287

| | | |
|---|---|---|
| Bedroom 1 | 1,710.18 | 16.05% |
| Bedroom 2 | 1,441.61 | 13.53% |
| Hallway | 43.83 | 0.41% |
| Basement | 1,227.21 | 11.52% |
| Basement Hallway | 284.94 | 2.67% |
| Equipment | 3,298.24 | 30.96% |
| General | 2,647.84 | 24.85% |
| **Subtotal of Areas** | **10,653.85** | **100.00%** |
| **Total** | **10,653.85** | **100.00%** |

17-0287

5/8/2017     Page: 10

Case ID: 180302844

**CPR Restoration & Cleaning Services, LLC**

8421 Hegerman Street
Philadelphia, PA 19136
(888) 277-5117
(215) 333-5118 f
EIN # 16-1642705

## Recap by Category

| Items | Total | % |
|---|---|---|
| CLEANING | 172.20 | 1.50% |
| CONTENT MANIPULATION | 1,122.99 | 9.76% |
| CONT: PACKING,HANDLNG,STORAGE | 82.20 | 0.71% |
| GENERAL DEMOLITION | 3,126.34 | 27.17% |
| WATER EXTRACTION & REMEDIATION | 6,150.12 | 53.45% |
| Subtotal | 10,653.85 | 92.59% |
| Sales Tax | 852.30 | 7.41% |
| Total | 11,506.15 | 100.00% |

Case ID: 180302844

# EXHIBIT B

CURTIN & HEEFNER LLP
By:  Michael P. Maguire, Esquire
Attorney I.D. No. 83028
1040 Stony Hill Road
Suite 150
Yardley, PA  19067
(215) 736-2521

Attorneys for Defendant
Allstate Property and Casualty
Insurance Company

| | | |
|---|---|---|
| SHADANA DAVIS | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| vs. | : | |
| | : | MARCH TERM, 2018 |
| ALLSTATE PROPERTY AND CASUALTY | : | |
| INSURANCE COMPANY | : | NO. 02844 |
| | : | |
| | : | |

## PRAECIPE FOR WRIT TO
## JOIN INDISPENSABLE PLAINTIFF

TO THE PROTHONOTARY:

Kindly issue a Writ to join Nationstar Mortgage LLC it's successors &/or assigns as an

indispensable Plaintiff pursuant to Pennsylvania Rule of Civil Procedure 2227 (Compulsory

Joinder) in the above-captioned matter.

CURTIN & HEEFNER LLP

By: _____
Michael P. Maguire, Esquire
Attorneys for Defendant

Date: April 19, 2018

1968556.1/52923

C.P. 88                                                    WRIT TO JOIN ADDITIONAL PLAINTIFF

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

COURT OF COMMON PLEAS

SHADANA DAVIS

vs.                                    MARCH _____ Term, 20 18 _____

ALLSTATE PROPERTY &CASUALTY INS. COMPANY    No. 02844 _____

TO   NATIONSTAR MORTGAGE LLC ITS SUCCESSORS &/OR ASSIGNS
     PO BOX 7729
     SPRINGFIELD, OH 45501-7729

You are notified that

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

has     joined you as a necessary plaintiff in this action with you are required to defend.

JOSEPH H. EVERS
*Prothonotary*

By _____

10-245 (Rev. 1/01)

Case ID: 180302844

COURT OF COMMON PLEAS
COUNTY OF PHILADELPHIA

MARCH _____ Term, 20 18 ___ No. 02844 ___

SHADANA DAVIS

vs.

ALLSTATE PROPERTY &CASUALTY INS. COMP

WRIT TO JOIN ADDITIONAL PLAINTIFF

Case ID: 180302844

CURTIN & HEEFNER LLP
By:  Michael P. Maguire, Esquire
Attorney I.D. No. 83028
1040 Stony Hill Road
Suite 150
Yardley, PA  19067
(215) 736-2521

Attorneys for Defendant
Allstate Property and Casualty
Insurance Company

---

|  |  |  |
|---|---|---|
| SHADANA DAVIS | : | COURT OF COMMON PLEAS |
|  | : | PHILADELPHIA COUNTY |
| vs. | : |  |
|  | : | MARCH TERM, 2018 |
| ALLSTATE PROPERTY AND CASUALTY | : |  |
| INSURANCE COMPANY | : | NO. 02844 |
|  | : |  |
|  | : |  |

---

## CERTIFICATION OF SERVICE

Michael P. Maguire, Esquire, counsel for Defendant, hereby certifies that a true and correct copy of Defendant Allstate Property and Casualty Insurance Company's Praecipe for Writ to Join Indispensable Plaintiff was electronically filed with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

CURTIN & HEEFNER LLP

Date: April 19, 2018          By: _____
                                      Michael P. Maguire, Esquire
                                      Attorney for Defendant

Case ID: 180302844